

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2018

No. 04-18-00134-CV

**IN INTEREST OF I.S.F.P., A CHILD**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 13-028
Honorable Bill R. Palmer, Judge Presiding

**ORDER**

Appellants' motion for extension of time is DENIED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 38.8.

It is so **ORDERED** on October 17, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2018.

_____
Keith E. Hottle, Clerk of Court